UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GABRIEL LOUIS LIMON,<br><br><br>    Defendant. | No. CR-13-2092-LRS-36<br><br>ORDER GRANTING MOTION<br>AND SETTING CONDITIONS<br>OF RELEASE<br><br>☒   Motion Granted<br>         **(ECF No. 606)**<br>☐   Action Required |

Date of Bail Review Motion hearing: 10/21/2013

The Court modified the Order Setting Conditions of Release and removed the bail requirement. United States Probation is directed to inspect Defendant's potential residence and determine whether it is suitable. Upon U.S. Probations approval of the residence, Defendant shall then be released from custody on Friday, October 25, 2013, at 8:00 AM.

All other conditions previously imposed remain in full effect.

**IT IS SO ORDERED.**

DATED October 21, 2013.

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 1